**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | | |
|---|---|---|
| **EDWARD A. GREEN,** | ) | |
| | ) | |
| Plaintiff, | ) | PLAINTIFF DEMANDS |
| | ) | TRIAL BY JURY |
| v. | ) | |
| | ) | |
| **THE VILLAGE OF YORKVILLE**, a municipal | ) | Case no. |
| Corporation, **THE YORKIVILLE POLICE** | ) | |
| **DEPARTMENT, SGT. KLINGEL**, individually | ) | Judge: |
| and in his official capacity as a Yorkville Police | ) | FILED STAMP: October 7, 2008 |
| Officer, **OFC. RAYMOND MIKOLASEK,** | ) | 08cv5740 |
| individually, and in his official capacity as a | ) | JUDGE NORGLE |
| Yorkville Police Officer, **OFC. KOLOWSKI,** | ) | MAG. JUDGE COLE |
| Individually and in his official capacity as a | ) | J. N. |
| Yorkville Police Officer, **OFC. MITCHELL** | ) | |
| **CARLYLE**, individual, and as a Yorkville | ) | |
| Police Officer, | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, EDWARD A. GREEN, by and through his attorney, Philip W. Collins III, and complains of the Defendants as follows:

**NATURE OF CLAIM**

1. This is an action seeking redress for discrimination in violation of Title VII, 42 U.S.C. §§2000e *et seq.*, of the Civil Rights Act of 1991 as amended.

**JURISDICTION and VENUE**

2. Jurisdiction of this Court is proper under Title 28 U.S.C. §§1331 and 1343.

3. Venue of this action properly lies in the Northern District of Illinois, Eastern Division, pursuant to 42 U.S.C. §2000e-5(f)(3).

## PARTIES

4. Edward A. Green ("Plaintiff") is a citizen of the United States and was a resident of Yorkville, Illinois, at all times relevant hereto.

5. Defendant, Village of Yorkville ("Village"), is a municipal corporation with its administrative offices located in the Village of Yorkville, Kendall County, Illinois.

6. Defendant, Yorkville Police Department, is located in the Village of Yorkville, Kendall County, Illinois.

7. Defendants Sgt. Klingel ("Klingel"), Ofc. Mikolasek ("Mikolasek"), Ofc. Kolowski ("Kolowski"), and Ofc. Carlyle ("Carlyle") were all police officers of the Village of Yorkville at all relevant times hereto.

## SUMMARY OF MATERIAL FACTS

8. On October 7, 2007, Plaintiff was arrested by Officer Carlyle and was charged with DUI and Fleeing and Attempting Eluding a Peace Officer, as well as other traffic offenses.

9. During the course of his arrest, Sgt. Klingel tased Plaintiff causing Plaintiff to fall to the ground, striking his face against the pavement.

10. Plaintiff suffered the loss of two of his teeth as the result of the fall.

11. Once Plaintiff had been placed into handcuffs after being tased, Ofc. Kolowski, in the immediate presence of the other Defendant police officers, intentionally caused injury to Plaintiff's chest by leaning on Plaintiff's ribs.

12. This was done knowingly and without legal justification or provocation, was excessive, and resulted in permanent injuries to Plaintiff, and constitutes Battery under the common law of the State of Illinois.

13.     The foregoing was done knowingly and without legal justification or provocation, was excessive, and in violation of Section 1983 of the Civil Rights Act of 1964 as Amended, and violation of the Fourth Amendment of the United States' Constitution prohibiting illegal seizures.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays this Honorable Court to find the Village, Department, and its officers, liable to Plaintiff for damages, both compensatory and punitive, under the Section 1983 of the Civil Rights Act of 1964 as Amended.

Respectfully submitted,

s/Philip W. Collins III

Law Offices of Philip W. Collins III
940 E. Diehl Rd., Suite 110-B
Naperville, Illinois 60563
630-505-1424
Ill. Atty. No. 6204019